DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JESSE CLEVELAND HARRELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0260

_____

April 22, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for DeSoto County; Don T. Hall.

Jesse Cleveland Harrell, pro se.


PER CURIAM.

Affirmed.

SLEET, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.